OVERBERG, ADMR., ET AL., APPELLANTS, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., APPELLEE.

[Cite as Overberg *v.* State Farm Mut. Auto. Ins. Co. (1988), 38 Ohio St. 3d 125.]

(No. 88-531—Submitted July 5, 1988—Decided August 3, 1988.)

*Kimpel, Hyland, Weinkam & Goodson* and *Brett Goodson,* for appellants.

*Schwartz, Manes & Ruby* and *Stephen J. Patsfall,* for appellee.

The judgment of the court of appeals is reversed as to Proposition of Law No. I on authority of *Wood* v. *Shepard* (1988), 38 Ohio St. 3d 86, 526 N.E. 2d 1089, and the cause is remanded to the trial court for proceedings not inconsistent with *Wood.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.